UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| TODD KENNETH HOROB, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| | Case No. CV 14-67-BLG-DLC |
| vs. | |
| UNITED STATES DISTRICT COURT BILLINGS MT, et al., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff and that this action is DISMISSED.

Dated this 23rd day of September, 2014.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk